Dick A. Semerdjian (State Bar No. 123630)
das@sshbclaw.com
Kristen T. Dalessio (State Bar No. 149081)
kristen@sshblaw.com
**SCHWARTZ SEMERDJIAN HAILE BALLARD & CAULEY LLP**
101 West Broadway, Suite 810
San Diego, CA 92101
Telephone No. 619 236-8821
Facsimile No. 619 236-8827

Richard L. Hasen (State Bar No. 157574)
hasenr@gmail.com
919 S. Albany Street
Los Angeles, CA 90015-0019
Telephone No. 213 736-1466
Facsimile No. 213 380-3769

Attorneys for Defendant City of San Diego

# UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHIL THALHEIMER; ASSOCIATED BUILDERS & CONTRACTORS PAC SPONSORED BY ASSOCIATED BUILDERS & CONTRACTORS, INC. SAN DIEGO CHAPTER; LINCOLN CLUB OF SAN DIEGO COUNTY; REPUBLICAN PARTY OF SAN DIEGO; and JOHN NIENSTEDT, SR., <br><br> Plaintiffs, <br><br> v. <br><br> CITY OF SAN DIEGO; CITY OF SAN DIEGO ETHICS COMMISSIONERS RICHARD M. VALDEZ, CHAIR, W. LEE BIDDLE, GUILLERMO ("GILL") CABRERA, CLYDE FULLER, DOROTHY LEONARD, and LARRY S. WESTFALL, ALL SUED IN THEIR OFFICIAL CAPACITY; THE HONORABLE JERRY SANDERS, MAYOR OF SAN DIEGO, SUED IN HIS OFFICIAL CAPACITY; JAN GOLDSMITH, CITY ATTORNEY FOR CITY OF SAN DIEGO, SUED IN HIS OFFICIAL CAPACITY; AND ELIZABETH MALAND, CITY CLERK OF SAN DIEGO, SUED IN HER OFFICIAL CAPACITY, <br><br> Defendants | **FILE NUMBER: 09CV2862IEG** <br><br> **NOTICE OF APPEAL;** <br> **PRELIMINARY INJUNCTION** <br> **APPEAL** |

1
NOTICE OF APPEAL; <u>PRELIMINARY INJUNCTION APPEAL</u>
**09CV2862IEG**

Notice is hereby given that Defendant CITY OF SAN DIEGO in the above named case hereby appeals to the United States Court of Appeals for the Ninth Circuit from the ORDER: (1) GRANTING THE CITY OF SAN DIEGO'S EX PARTE MOTION FOR CLARIFICATION (Doc. No. 44); and GRANTING IN PARTY PLAINTIFFS' REQUEST TO PRELIMINARY ENJOIN ECCO § 27.291, as entered in this action on February 19, 2010.

DATED: March 5, 2010

SCHWARTZ SEMERDJIAN HAILE
BALLARD & CAULEY LLP

RICHARD L. HASEN, ESQ.

By: _____
Dick A. Semerdjian
Attorneys for Defendant
City of San Diego

## STATEMENT OF RELATED CASE

The CITY OF SAN DIEGO has also filed the related Notice of Appeal; <u>Preliminary Injunction Appeal</u> to the United States Court of Appeals for the Ninth Circuit from the ORDER GRANTING IN PART AND DENYING IN PART PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION, including but not limited to orders that: (1) The City is preliminary enjoined from taking any action to enforce Section 27.2936(b), which requires that money spent by committees to support or oppose a candidate must be attributable to contributions from individuals (not over the $500 limit); (2) The City is preliminarily enjoined from taking any action to enforce Section 27.2935(a), to the extent it imposes a $500 limit on contributions to committees making only independent expenditures; (3) The City is preliminarily enjoined from enforcing Section 27.2950, to the extent it prohibits candidates from soliciting and accepting any contribution from political parties; and (4) The City is preliminarily enjoined from enforcing Section 27.2951, to the extent it prohibits candidates from accepting contributions from an account belonging to a political party; as entered in this action on February 16, 2010.

# REPRESENTATION STATEMENT

Pursuant to Ninth Circuit Rule 3-2(b), Defendant CITY OF SAN DIEGO identifies the following parties[1] to this action, and their counsel of record:

**1. Appellant CITY OF SAN DIEGO**

Dick A. Semerdjian (CA State Bar No. 123630)
das@sshbclaw.com
Kristen T. Dalessio (CA State Bar No. 149081)
kristen@sshblaw.com
SCHWARTZ SEMERDJIAN HAILE BALLARD & CAULEY LLP
101 West Broadway, Suite 810
San Diego, CA 92101
Telephone No. 619 236-8821
Facsimile No. 619 236-8827

Richard L. Hasen (CA State Bar No. 157574)
hasenr@gmail.com
919 S. Albany Street
Los Angeles, CA 90015-0019
Telephone No. 213 736-1466
Facsimile No. 213 380-3769

**2. Respondent PHIL THALHEIMER**

Gary D. Leasure (CA State Bar No. 211160)
Law Office of Gary D. Leasure, APC
12625 High Bluff Drive, Suite 103
San Diego, CA 92130
Telephone No. 858 720-1992, Ext. 202
Facsimile 858 720-1990

Jim Bopp, Jr. (Ind. State Bar No. 2838-84)
Joe La Rue (Ohio State Bar No. 80643)
BOPP, COLESON & BOSTROM
1 South 6th Street
Terre Haute, Indiana 47807
Telephone: 812 232-2434
Fascimile: 812235-3685

**3. Respondent ASSOCIATED BUILDERS & CONTRACTORS PAC SPONSORED BY ASSOCIATED BUILDERS & CONTRACTORS, INC. SAN DIEGO CHAPTER**

Gary D. Leasure (CA State Bar No. 211160)
Law Office of Gary D. Leasure, APC
12625 High Bluff Drive, Suite 103
San Diego, CA 92130
Telephone No. 858 720-1992, Ext. 202
Facsimile 858 720-1990

---

[1] All defendants except CITY OF SAN DIEGO were dismissed by stipulation filed on or about January 7, 2010.

1  Jim Bopp, Jr. (Ind. State Bar No. 2838-84)
   Joe La Rue (Ohio State Bar No. 80643)
2  BOPP, COLESON & BOSTROM
   1 South 6th Street
3  Terre Haute, Indiana 47807
   Telephone: 812 232-2434
4  Fascimile: 812235-3685

5  **4. Respondent LINCOLN CLUB OF SAN DIEGO COUNTY**

6  Gary D. Leasure (CA State Bar No. 211160)
   Law Office of Gary D. Leasure, APC
7  12625 High Bluff Drive, Suite 103
   San Diego, CA 92130
8  Telephone No. 858 720-1992, Ext. 202
   Facsimile 858 720-1990
9
   Jim Bopp, Jr. (Ind. State Bar No. 2838-84)
10 Joe La Rue (Ohio State Bar No. 80643)
   BOPP, COLESON & BOSTROM
11 1 South 6th Street
   Terre Haute, Indiana 47807
12 Telephone: 812 232-2434
   Fascimile: 812235-3685
13
   **5. Respondent REPUBLICAN PARTY OF SAN DIEGO**
14
   Gary D. Leasure (CA State Bar No. 211160)
15 Law Office of Gary D. Leasure, APC
   12625 High Bluff Drive, Suite 103
16 San Diego, CA 92130
   Telephone No. 858 720-1992, Ext. 202
17 Facsimile 858 720-1990

18 Jim Bopp, Jr. (Ind. State Bar No. 2838-84)
   Joe La Rue (Ohio State Bar No. 80643)
19 BOPP, COLESON & BOSTROM
   1 South 6th Street
20 Terre Haute, Indiana 47807
   Telephone: 812 232-2434
21 Fascimile: 812235-3685

22 **6. Respondent JOHN NIENSTEDT, SR.**

23 Gary D. Leasure (CA State Bar No. 211160)
   Law Office of Gary D. Leasure, APC
24 12625 High Bluff Drive, Suite 103
   San Diego, CA 92130
25 Telephone No. 858 720-1992, Ext. 202
   Facsimile 858 720-1990
26
   ///
27
   ///
28
   Jim Bopp, Jr. (Ind. State Bar No. 2838-84)

| | |
|---|---|
| 1 | Joe La Rue (Ohio State Bar No. 80643) |
| | BOPP, COLESON & BOSTROM |
| 2 | 1 South 6th Street |
| | Terre Haute, Indiana 47807 |
| 3 | Telephone: 812 232-2434 |
| | Fascimile: 812235-3685 |
| 4 | |
| ... | |
| 28 | |

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHIL THALHEIMER; ASSOCIATED BUILDERS & CONTRACTORS PAC SPONSORED BY ASSOCIATED BUILDERS & CONTRACTORS, INC. SAN DIEGO CHAPTER; LINCOLN CLUB OF SAN DIEGO; REPUBLICAN PARTY OF SAN DIEGO; and JOHN NIENSTEDT, SR., <br><br> Plaintiffs, <br><br> vs. <br><br> CITY OF SAN DIEGO; City of San Diego Ethics Commissioners RICHARD M. VALDEZ, Chair, W. LEE BIDDLE, GUILLERMO ("GIL") CABRERA, CLYDE FULLER, DOROTHY LEONARD, and LARRY S. WESTFALL, all sued in their official capacity; THE HONORABLE JERRY SANDERS, Mayor of San Diego, sued in his official capacity; JAN GOLDSMITH, City Attorney for the City of San Diego, sued in his official capacity; and ELIZABETH MALAND, City Clerk of San Diego, sued in her official capacity, <br><br> Defendants. | CASE NO: 09-CV-2862-IEG (WMc) <br><br> ORDER: <br><br> (1) GRANTING THE CITY OF SAN DIEGO'S EX PARTE MOTION FOR CLARIFICATION (Doc. No. 44); and <br><br> (2) GRANTING IN PART PLAINTIFFS' REQUEST TO PRELIMINARILY ENJOIN ECCO § 27.2951. |

Defendant City of San Diego's ("The City") has filed an ex parte motion for clarification regarding the Court's February 16, 2010 Order ("the Order") granting in part and denying in part Plaintiffs' motion for preliminary injunction. Plaintiffs have filed a notice of joinder in the City's ex parte motion. Specifically, the parties request clarification of the Order with respect to contributions from non-individual entities (aside from political parties), such as corporations and labor unions, to independent expenditure committees. The Court GRANTS the motion, and clarifies its Order as follows.

The Order stated: "The City is preliminarily enjoined from taking any action to enforce [San Diego Municipal Election Campaign Control Ordinance ("ECCO")] Section 27.2936(b), which requires that money spent by committees to support or oppose a candidate must be attributable to contributions from individuals (not over the $500 limit)."[1] (Order at 26:8-10.) The Court clarifies that the City is preliminarily enjoined from taking any action to enforce Section 27.2936(b), with respect to contributions from individuals *and non-individual entities* to committees that make only independent expenditures.

In addition, the Court GRANTS IN PART Plaintiffs' request to enjoin Section 27.2951.[2] The Court ORDERS that the City is preliminarily enjoined from taking any action to enforce Section 27.2951, to the extent that it prohibits *committees making only independent expenditures* from accepting contributions drawn against a checking account or credit card account belonging to a *non-individual*.

**IT IS SO ORDERED.**

DATED: February 19, 2010.

IRMA E. GONZALEZ, Chief Judge
United States District Court

---

[1] ECCO § 27.2936(b) provides: "It is unlawful for any general purpose recipient committee to use a contribution for the purpose of supporting or opposing a candidate unless the contribution is attributable to an individual in an amount that does not exceed $500 per candidate per election."

[2] ECCO § 27.2951 provides: "For purposes of supporting or opposing a candidate seeking elective City office . . . : (a) It is unlawful for any individual to make, or any committee to accept, a contribution drawn against a checking account or credit card account unless such account belongs to one or more individuals in their individual capacity."

# Notice of Appeal Notification Form

To:     Clerk, U.S. Court of Appeals                                Date: 3/8/2010
From:   U.S. District Court, Southern District of California
Subject: New Appeals Case Information & Docket Fee Notification

## Case Information

Case Title:   PHIL THALHEIMER; ASSOCIATED BUILDERS & CONTRACTORS PAC, sponsored by Associated Builders & Contractors, Inc. San Diego Chapter; LINCOLN CLUB OF SAN DIEGO COUNTY; REPUBLICAN PARTY OF SAN DIEGO; JOHN NIENSTEDT, SR. v. CITY OF SAN DIEGO

U.S.D.C. No.:   09-cv-02862-IEG -WMC         U.S.D.C. Judge:   Irma E. Gonzalez

Complaint/Indictment/Petition Filed:   Complaint

Appealed Order Entered:   2/22/2010

Notice of Appeal Filed:   3/5/2010

Court Reporter:   Frank Rangus

COA Status:   [ ] Granted in full/part (appeal only)     [ ] Denied (send clerk's file)

## Docket Fee Notification

Docket Fee:   [x] Paid     [ ] Not Paid     [ ] No Fee Required

USA/GOVT. APPEAL:   [ ] Yes   [x] No

Date F/P granted (Show Date and Attach Copy of Order): _____

Was F/P Status Revoked?   [ ] Yes   [ ] No

Companion Case(s): (Please list consolidated cases, if applicable) _____

## Counsel Information

**Appellant Counsel:**

Dick A Semerdjian
Kristen T. Dalessio
SCHWARTZ SEMERDJIAN HAILE
BALLARD AND CAULEY
101 West Broadway, Suite 810
San Diego, CA 92101
(619) 236-8821

Richard L. Hasen
LOYOLA LAW SCHOOL
919 S. Albany Street
Los Angeles, CA 90015
(213) 736-1466

**Appellee Counsel:**

Gary D Leasure
LAW OFFICES OF GARY D LEASURE
12625 High BLuff Drive, Suite 103
San Diego, CA 92130
(858) 720-1992

James Bopp , Jr.
Joseph E. LaRue
BOPP COLESON & BOSTROM
1 S. Sixth Street
Terra Haute, IN 47807-3510
(812) 232-2434

| Counsel Status: | [x] Retained | [ ] Appointed | [ ] Pro Se |

Appointed _____
(Attach copy of order/minutes)

## SERVICE LIST

Counsel for Appellant(s) and Appellee(s), as listed on the previous page, have been sent copies of the following items:

| | |
|---|---|
| x | Transmittal to U.S.C.A. (Appellant and Appellee) |
| x | Case Information/Docketing Fee Notification Form (Appellant and Appellee) |
| x | Notice of Appeal with Representation Statement (Appellant, Appellee, U.S. District Judge) |
|   | Docket Entries (Appellant and Appellee) |
| x | Transcript Designation and Ordering Form (Appellant Only, mailed separately) |
|   | Magistrate Judge's Report and Recommendation |
|   | COA Order |
|   | F/P Order |
|   | Minute Order |
| x | Other: ORDER (1) Granting The City of San Diego's Ex Parte Motion for Clarification, and (2) Granting Plaintiffs' Request to Preliminary Enjoin ECCO §27.2951, entered 2/22/2010 |

Form Completed And Documents Served By U.S. District Court Deputy Clerk:

A. Rowland                              s/ A. Rowland
Deputy's Name                           Deputy's Signature

# UNITED STATES DISTRICT COURT
Southern District Of California
Office Of The Clerk
880 Front Street, Room 4290
San Diego, California 92101-8900
Phone: (619) 557-5600
Fax: (619) 702-9900

W. Samuel Hamrick, Jr.
Clerk of Court

To:     Clerk, U.S. Court of Appeals
        P.O. Box 193939
        San Francisco, CA 94119-3939
        (via electronic transmission)

Re:     USCA No:
        USDC No:      09-cv-02862-IEG -WMC
        Thalheimer et al v. City of San Diego et al

Clerk, U.S. Court of Appeals, enclosed herewith you will please find:

| x | Notice of Appeal with Representation Statement | | | | | |
|---|---|---|---|---|---|---|
| x | Case Information/Docket Fee Payment Notification Form | | | | | |
|   | Original Clerk's Record in | | | set(s) of | | volume(s) |
|   | Reporter's transcripts in | | | set(s) of | | volume(s) |
|   | Lodgments in | | envelope(s) | | box(es) | folder(s) |
|   | Judgment Order | | | | | |
|   | Magistrate Judge's Report and Recommendation | | | | | |
|   | F/P Order | | | | | |
|   | COA Order | | | | | |
| x | ORDER (1) Granting The City of San Diego's Ex Parte Motion for Clarification, and (2) Granting Plaintiffs' Request to Preliminary Enjoin ECCO §27.2951, entered 2/22/2010 | | | | | |
| x | Please acknowledge receipt | | | | | |

Sincerely yours,

W. Samuel Hamrick, Jr.
Clerk of Court

    s/ A. Rowland
Date:  3/8/2010                    By:_____
    A. Rowland, **Deputy**