

Office of the Clerk
**United States Court of Appeals for the Ninth Circuit**
Post Office Box 193939
San Francisco, California 94119-3939
415-355-8000

Molly C. Dwyer
Clerk of Court

March 23, 2010

| | |
|---|---|
| No.: | 10-55434 |
| D.C. No.: | 3:09-cv-02862-IEG-WMC |
| Short Title: | Phil Thalheimer, et al v. City of San Diego |

Dear Appellants/Counsel

A copy of your notice of appeal/petition has been received in the Clerk's office of the United States Court of Appeals for the Ninth Circuit. The U.S. Court of Appeals docket number shown above has been assigned to this case. You must indicate this Court of Appeals docket number whenever you communicate with this court regarding this case.

Please furnish this docket number immediately to the court reporter if you place an order, or have placed an order, for portions of the trial transcripts. The court reporter will need this docket number when communicating with this court.

**Briefing dates will be set by a future court order.**

Enclosed with this letter is an appellate processing schedule along with a case processing checklist to help you monitor the progress of your case.