1
2
3
4
5
6
7
8
# UNITED STATES DISTRICT COURT
9
## SOUTHERN DISTRICT OF CALIFORNIA
10

| | | |
|---|---|---|
| PHIL THALHEIMER, et al., | | CASE NO. 09cv2862-IEG (WMc) |
| | Plaintiff, | ORDER |
| vs. | | |
| CITY OF SAN DIEGO, et al., | | |
| | Defendant. | |

15
16      On April 9, 2010, the Court held a telephonic status conference.  Participating were Joe

17  LaRue for Plaintiff and Dick Semerdjian for Defendant.  After being advised of the status of the

18  case, the Court will schedule a further telephonic status conference **July 12, 2010, at 4:15 p.m.**

19  **Counsel for Defendants are instructed to initiate the joint call to the Court at 619-557-6624.**

20      IT IS SO ORDERED.

21

22  DATED:  May 9, 2010

23

24                                     Hon. William McCurine, Jr.
                                       U.S. Magistrate Judge
25                                     United States District Court

26
27
28