FILED

MAY 18 2010

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| PHIL THALHEIMER; et al.,<br><br>  Plaintiffs - Appellees - Cross-Appellants,<br><br>  v.<br><br>CITY OF SAN DIEGO,<br><br>  Defendant - Appellant - Cross-Appellee. | Nos. 10-55322, 10-55324,<br>         10-55434<br><br>D.C. No. 3:09-cv-02862-IEG<br>Southern District of California,<br>San Diego<br><br>ORDER |

Before:  LEAVY and CALLAHAN, Circuit Judges.

These are preliminary injunction appeals.

Appellees-cross-appellants' emergency motion to lift the stay of the district court's February 16, 2010 order enjoining enforcement of San Diego Municipal Election Campaign Control Ordinance Section 27.2950 is granted. *See Hilton v. Braunskill*, 481 U.S. 770, 776 (1987).

The previously established briefing schedule remains in effect.

cj/MOATT